FILED 2009 SEP 23 PM 3:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ARNOLD SYLVESTER GILBERT,<br>     aka "G-Biscuit," and<br>MARCUS LEWIS EDWARDS,<br>     aka "Pops,"<br>     aka "Bird,"<br><br>          Defendants. | No. CR09-00968<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii), (b)(1)(B)(iii): Distribution of Cocaine Base in the Form of Crack Cocaine; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECT OF THE CONSPIRACY

Beginning on an unknown date, and continuing to on or about February 26, 2009, in Los Angeles County, within the Central District of California, defendants ARNOLD SYLVESTER GILBERT, also known as ("aka") "G-Biscuit" ("GILBERT"), and MARCUS LEWIS EDWARDS, aka "Pops," aka "Bird," ("EDWARDS"), and others known

and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally (a) possess with intent to distribute; and (b) distribute at least 50 grams of a mixture or substance containing cocaine base in the form of crack cocaine ("crack cocaine"), a schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

B.   **MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED**

The objects of the conspiracy were to be accomplished in substance as follows:

1.   Defendant GILBERT would find a buyer of crack cocaine, tell the buyer the price for the crack cocaine defendant GILBERT was offering to sell, and arrange for the buyer to purchase the crack cocaine at an agreed-upon location.

2.   Defendant GILBERT would take or direct the buyer to the agreed-upon location for the buyer to meet defendant EDWARDS.

3.   Defendant EDWARDS would complete the transaction by distributing the crack cocaine to the buyer and collecting payment in the amount of the agreed-upon price.

C.   **OVERT ACTS**

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants GILBERT and EDWARDS, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, including, but not limited to, the following:

1.   On or about February 19, 2009, defendant GILBERT spoke to a Federal Bureau of Investigation ("FBI")

1  Confidential Informant ("CI") via telephone for the purpose of
2  arranging the sale of crack cocaine to the CI.
3      2.  On or about February 19, 2009, defendant GILBERT told
4  the CI the price of the crack cocaine being offered for sale.
5      3.  On or about February 19, 2009, defendant GILBERT met
6  with the CI and arranged for a third person to take the CI and
7  defendant GILBERT to defendant EDWARDS's location.
8      4.  On or about February 19, 2009, defendant GILBERT
9  introduced the CI to defendant EDWARDS.
10     5.  On or about February 19, 2009, defendant EDWARDS took
11  $850 in United States currency from the CI.
12     6.  On or about February 19, 2009, defendant EDWARDS handed
13  the CI approximately 26.5 grams of crack cocaine.
14     7.  On or about February 26, 2009, defendant GILBERT spoke
15  to the CI via telephone and arranged another sale of crack
16  cocaine.
17     8.  On or about February 26, 2009, defendant GILBERT spoke
18  to the CI via telephone and told the CI the price of the crack
19  cocaine being offered for sale.
20     9.  On or about February 26, 2009, defendant GILBERT
21  checked to see if defendant EDWARDS was available to sell the
22  crack cocaine, and defendant GILBERT informed the CI that the CI
23  could meet defendant EDWARDS at the location where the drug
24  transaction on February 19, 2009 took place.
25     10. On or about February 26, 2009, defendant EDWARDS met
26  with the CI at the location of the previous transaction.
27     11. On or about February 26, 2009, defendant EDWARDS asked
28  the CI how much crack cocaine the CI wished to purchase.

12. On or about February 26, 2009, defendant EDWARDS handed the CI approximately 54.5 grams of crack cocaine.

13. On or about February 26, 2009, defendant EDWARDS took $1,710 in United States currency from the CI.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about February 19, 2009, in Los Angeles County, within the Central District of California, defendants ARNOLD SYLVESTER GILBERT, also known as ("aka") "G-Biscuit," and MARCUS LEWIS EDWARDS, aka "Pops," aka "Bird," knowingly and intentionally distributed at least five grams, that is, approximately 26.5 grams, of a mixture or substance containing cocaine base in the form of crack cocaine, a schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii)]

On or about February 26, 2009, in Los Angeles County, within the Central District of California, defendants ARNOLD SYLVESTER GILBERT, also known as ("aka") "G-Biscuit," and MARCUS LEWIS EDWARDS, aka "Pops," aka "Bird," knowingly and intentionally distributed at least 50 grams, that is, approximately 54.5 grams, of a mixture or substance containing cocaine base in the form of crack cocaine, a schedule II narcotic drug controlled substance.

COUNT FOUR

[18 U.S.C. § 922(g)(1)]

On or about February 19, 2009, in Los Angeles County, within the Central District of California, defendant ARNOLD SYLVESTER GILBERT, also known as "G-Biscuit" ("GILBERT"), knowingly possessed a firearm, namely, a Smith & Wesson Model 732 .32 caliber revolver, bearing serial number AL19623, and ammunition, namely, 56 rounds of Winchester .32 caliber ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant GILBERT had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377, in the Superior Court of the State of California, County of Los Angeles, case number BA168403, on or about February 10, 1999;

(2) Possession of a Firearm by a Felon, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, case number BA098934, on or about October 18, 1994;

(3) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350, in the Superior Court of the State of California, County of Los Angeles, case number BA082315, on or about September 22, 1993;

///
///
///
///

(4) Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, case number BA071814, on or about April 1, 1993.

A TRUE BILL

/S/
_____
Foreperson

*George S. Cardona* (signature)
GEORGE S. CARDONA
Acting United States Attorney


CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent & Organized Crime Section


DANIEL A. SAUNDERS
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section


MAX B. SHINER
Special Assistant United States Attorney
Violent & Organized Crime Section